| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>CIT Bank, N.A. |
| In Re:<br>    Falci, Donna M.<br><br>    Falci, Vincent P. |

**Order Filed on November 20, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No:     17-12054 MBK

Hearing Date: November 20, 2017

Judge:  Michael B. Kaplan

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 20, 2017**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

Upon the motion of <u>CIT Bank, N.A.</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■     Real Property More Fully Described as:

    **Land and premises commonly known as Lot 32, Block 600,     212 Taylor Lane, Middletown, NJ 07748**

☐     Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:
Vincent P. Falci
Donna M. Falci
    Debtors

Case No. 17-12054-MBK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Nov 20, 2017
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.
db/jdb     +Vincent P. Falci,   Donna M. Falci,   212 Taylor Lane,   Middletown, NJ 07748-1864

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:
       Andrea Dobin    on behalf of Trustee Thomas Orr adobin@trenklawfirm.com
       Bruce H Levitt    on behalf of Creditor John McGraner blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com
       Bruce H Levitt    on behalf of Plaintiff John McGraner blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com
       Bruce H Levitt    on behalf of Plaintiff Kevin McGraner blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com
       Bruce H Levitt    on behalf of Creditor Kevin McGraner blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com
       Bruce H Levitt    on behalf of Creditor Jade England blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com
       Bunce Atkinson    on behalf of Plaintiff Maria Bobbi bunceatkinson@aol.com
       Bunce Atkinson    on behalf of Plaintiff Giancarlo Bobbi bunceatkinson@aol.com
       Bunce Atkinson    on behalf of Creditor Giancarlo and Maria Bobbi bunceatkinson@aol.com
       Carollynn H.G. Callari    on behalf of Plaintiff Joseph LoMonaco ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff John Kardel ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff Jeffrey Siegel ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff Peter Lucyk ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff Bernard Chenoweth ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff Elizabeth LoMonaco ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff Belford Engine Company No. 1 ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff John Drucker ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff Donna Chenoweth ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff Katiejo Kardel Phelps ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff Christopher LoMonaco ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff Jane Drucker ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Creditor Certain Saber Investors ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff Jacob Lawrence ccallari@callaripartners.com
       Charles G. Wohlrab    on behalf of Creditor HSBC Bank USA, National Association as Trustee for Nomura Asset AcceptanceCorporation, Mortgage Pass-Through Certificates, Series 2006-AF2 cwohlrab@logs.com, njbankruptcynotifications@logs.com
       Denise E. Carlon    on behalf of Creditor CIT Bank, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Francesca Ann Arcure    on behalf of Creditor Select Portfolio Servicing, Inc., as servicer for HSBC Bank USA, National Association., as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Cer nj_ecf_notices@buckleymadole.com
       Frank Thomas Moie Catalina    on behalf of Plaintiff Vicor Tax Receivables, LP fcatalina@lowenstein.com, moliver@lowenstein.com

```
District/off: 0312-3           User: admin               Page 2 of 2                  Date Rcvd: Nov 20, 2017
                               Form ID: pdf903           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Frank Thomas Moie Catalina    on behalf of Creditor    Vicor Tax Receivables, LP
               fcatalina@lowenstein.com,  moliver@lowenstein.com
              Isabella Trifilio Stempler    on behalf of Creditor    New Jersey Attorney General on behalf of the
               Chief of the New Jersey Bureau of Securities Isabella.Stempler@dol.lps.state.nj.us
              Laura M. Egerman    on behalf of Creditor    HSBC Bank USA, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael A. Artis    on behalf of Plaintiff Andrew R. Vara michael.a.artis@usdoj.gov
              Nicholas V. Rogers    on behalf of Creditor    CENLAR FSB AS SERVICER FOR ALLY BANK
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Ally Bank nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A. rsolarz@kmllawgroup.com
              Thomas   Orr    on behalf of Debtor Vincent P. Falci tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas   Orr    on behalf of Joint Debtor Donna M. Falci tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas J Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, xerna@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren  Brumel    on behalf of Debtor Vincent P. Falci wbrumel@keyportlaw.com,
               brumellawecf@gmail.com;r53076@notify.bestcase.com
              Warren  Brumel    on behalf of Joint Debtor Donna M. Falci wbrumel@keyportlaw.com,
               brumellawecf@gmail.com;r53076@notify.bestcase.com
                                                                                             TOTAL: 42
```