UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 17-12054
Vincent P. Falci
Donna M. Falci : Chapter: 7

: Judge: Kaplan

Debtor(s) :

## CERTIFICATION OF NO OBJECTION

I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
212 TAYLOR LANE, MIDDLETOWN, NJ

JEANNE A. NAUGHTON, Clerk

Date: 12/5/2017         By: Gary A. Nau

*rev.2/10/17*