UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 17-12054

Vincent P. Falci
Donna M. Falci

Chapter: 7

Judge: Kaplan

Debtor(s)

**CERTIFICATION OF NO OBJECTION**

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
165 LOHSEN AVE., MIDDLETOWN, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 12/5/2017    By: Gary A. Nau

*rev.2/10/17*