# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re:      Vincent P. Falci    Donna M. Falci     Debtor(s)

Case no.: 17-12054
Chapter: 7
Judge: Kaplan

## CERTIFICATION OF NO OBJECTION

I ___Gary A. Nau___, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
2 GRACE AVE., MIDDLETOWN, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 12/5/2017      By: Gary A. Nau

*rev.2/10/17*