UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:     Vincent P. Falci   Donna M. Falci     Debtor(s)

Case no.: 17-12054
Chapter: 7
Judge: Kaplan

**CERTIFICATION OF NO OBJECTION**

I \_\_\_\_\_Gary A. Nau\_\_\_\_\_, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
60 BALDWIN AVE., MIDDLETOWN, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 12/5/2017     By: Gary A. Nau

*rev.2/10/17*