# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re: : Case no.: 17-12054

Vincent P. Falci  
Donna M. Falci

Chapter: 7

Judge: Kaplan

Debtor(s)

## CERTIFICATION OF NO OBJECTION

I __Gary A. Nau__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
318 E. COVENTRY COURT, LAKEWOOD TWP., NJ.

JEANNE A. NAUGHTON, Clerk

Date: 12/5/2017           By: Gary A. Nau

*rev.2/10/17*