| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | Order Filed on November 16, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>　Vincent P. Falci and Donna M. Falci | Case No.:　17-12054<br>Hearing Date: |
| 　Andrew R. Vara<br><br>　　　　　　　　Plaintiff(s)<br>v.<br>　Vincent P. Falci and Donna M Falci<br><br>　　　　　　　　Defendant(s) | Adv. No.:　17-01424<br>Judge:　Michael B. Kaplan |

DEFAULT JUDGMENT

　　The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: November 16, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Michael B. Kaplan*
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael B. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Michael A. Artis, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07012<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>Email: Michael.A.Artis@usdoj.gov |
| In Re:<br><br>Vincent P. Falci and<br>Donna M. Falci,<br><br>Debtors. |
| Andrew R. Vara<br>Acting United States Trustee,<br>　　　　　　　Plaintiff,<br>vs.<br>Vincent P. Falci and<br>Donna M. Falci,<br>　　　　　　　Defendants. |

Case No.: 17-12054 (MBK)

Adv. Pro. No. 17-01424 (MBK)

Hearing Date:

Judge: Michael B. Kaplan

| Recommended Local Form: | ☐ Followed | ☑ **Modified** |
|---|---|---|

## DEFAULT JUDGMENT

Default having been entered against the following defendant(s):

　　　　Vincent P. Falci and Donna M. Falci

and for good cause shown,

JUDGMENT by default as authorized by Fed. R. Bank. P. 7055 is entered against the defendant in favor of the plaintiff as follows:

IT IS ORDERED THAT:   Vincent P. Falci and Donna M. Falci are denied a discharge in the above-captioned matter pursuant to 11 U.S.C. §§ 727 (a)(3), 727(a)(5), 727(a)(4)(A), 727(a)(2)(A), and/or 727(a)(2)(B).

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-12054-MBK
Vincent P. Falci                                                      Chapter 7
Donna M. Falci
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Dec 04, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2017.
db/jdb        +Vincent P. Falci,   Donna M. Falci,   212 Taylor Lane,   Middletown, NJ 07748-1864

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2017 at the address(es) listed below:
              Andrea  Dobin    on behalf of Trustee Thomas  Orr adobin@trenklawfirm.com
              Bruce H Levitt    on behalf of Creditor John  McGraner blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com
              Bruce H Levitt    on behalf of Plaintiff John  McGraner blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com
              Bruce H Levitt    on behalf of Plaintiff Kevin  McGraner blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com
              Bruce H Levitt    on behalf of Creditor Kevin  McGraner blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com
              Bruce H Levitt    on behalf of Creditor Jade  England blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com
              Bunce  Atkinson    on behalf of Plaintiff Maria  Bobbi bunceatkinson@aol.com
              Bunce  Atkinson    on behalf of Plaintiff Giancarlo  Bobbi bunceatkinson@aol.com
              Bunce  Atkinson    on behalf of Creditor Giancarlo and Maria  Bobbi bunceatkinson@aol.com
              Carollynn H.G. Callari    on behalf of Plaintiff Joseph  LoMonaco ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff John  Kardel ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Jeffrey  Siegel ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Peter  Lucyk ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Bernard  Chenoweth ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Elizabeth   LoMonaco ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff   Belford Engine Company No. 1
               ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff John  Drucker ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Donna  Chenoweth ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Katiejo  Kardel Phelps
               ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Christopher  LoMonaco ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Jane  Drucker ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Creditor   Certain Saber Investors
               ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Jacob  Lawrence ccallari@callaripartners.com
              Charles G. Wohlrab    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
               Nomura Asset AcceptanceCorporation, Mortgage Pass-Through Certificates, Series 2006-AF2
               cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor   CIT Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for
               HSBC Bank USA, National Association., as Trustee for the Holders of the Deutsche Alt-A
               Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Cer nj_ecf_notices@buckleymadole.com,
               NJ_ECF_Notices@McCalla.com

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Dec 04, 2017
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Frank Thomas Moie Catalina    on behalf of Plaintiff    Vicor Tax Receivables, LP fcatalina@lowenstein.com, moliver@lowenstein.com
      Frank Thomas Moie Catalina    on behalf of Creditor    Vicor Tax Receivables, LP fcatalina@lowenstein.com, moliver@lowenstein.com
      Isabella Trifilio Stempler    on behalf of Creditor    New Jersey Attorney General on behalf of the Chief of the New Jersey Bureau of Securities Isabella.Stempler@dol.lps.state.nj.us
      Laura M. Egerman    on behalf of Creditor    HSBC Bank USA, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
      Michael A. Artis    on behalf of Plaintiff Andrew R. Vara michael.a.artis@usdoj.gov
      Nicholas V. Rogers    on behalf of Creditor    CENLAR FSB AS SERVICER FOR ALLY BANK nj.bkecf@fedphe.com
      Nicholas V. Rogers    on behalf of Creditor    Ally Bank nj.bkecf@fedphe.com
      Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A. rsolarz@kmllawgroup.com
      Thomas  Orr    on behalf of Debtor Vincent P. Falci tom@torrlaw.com, Torr@ecf.epiqsystems.com
      Thomas  Orr    on behalf of Joint Debtor Donna M. Falci tom@torrlaw.com, Torr@ecf.epiqsystems.com
      Thomas  Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
      Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
      Thomas J Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, xerna@aol.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      Warren  Brumel    on behalf of Debtor Vincent P. Falci wbrumel@keyportlaw.com, brumellawecf@gmail.com;r53076@notify.bestcase.com
      Warren  Brumel    on behalf of Joint Debtor Donna M. Falci wbrumel@keyportlaw.com, brumellawecf@gmail.com;r53076@notify.bestcase.com

      TOTAL: 42