UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

In Re:

Vincent P. Falci and Donna M. Falci

Order Filed on December 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-12054

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

**ORDER VACATING CERTIFICATION OF NO OBJECTION re: # 59 NOTICE OF ABANDONMENT 212 TAYLOR LANE, MIDDLETOWN, NEW JERSEY**

The relief set forth on the following pages, numbered two (2) through    2    is hereby **ORDERED**.

**DATED: December 7, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court, on its own motion, finds that the

#73 Certification of No Objection in re: Abandonment
_____

entered in the above-captioned case was entered in error and must be vacated;

and for good cause show, it is

ORDERED that said order

#73 Certification of No Objection in re: Abandonment
_____

dated  12/5/2017  be and the same is hereby vacated.