UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on December 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Vincent P. Falci and Donna M. Falci

Case No.: 17-12054

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

**ORDER VACATING CERTIFICATION OF NO OBJECTION re: # 59 NOTICE OF ABANDONMENT 212 TAYLOR LANE, MIDDLETOWN, NEW JERSEY**

The relief set forth on the following pages, numbered two (2) through   2   is hereby **ORDERED**.

**DATED: December 7, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court, on its own motion, finds that the

#73 Certification of No Objection in re: Abandonment
_____

entered in the above-captioned case was entered in error and must be vacated;

and for good cause show, it is

ORDERED that said order

#73 Certification of No Objection in re: Abandonment
_____

dated  12/5/2017_____ be and the same is hereby vacated.

United States Bankruptcy Court
District of New Jersey

In re:  
Vincent P. Falci  
Donna M. Falci  
    Debtors

Case No. 17-12054-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Dec 07, 2017  
                Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2017.  
db/jdb         +Vincent P. Falci,    Donna M. Falci,    212 Taylor Lane,    Middletown, NJ 07748-1864

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2017 at the address(es) listed below:

           Andrea Dobin     on behalf of Trustee Thomas Orr adobin@trenklawfirm.com  
           Bruce H Levitt     on behalf of Creditor John McGraner blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com  
           Bruce H Levitt     on behalf of Plaintiff John McGraner blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com  
           Bruce H Levitt     on behalf of Plaintiff Kevin McGraner blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com  
           Bruce H Levitt     on behalf of Creditor Kevin McGraner blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com  
           Bruce H Levitt     on behalf of Creditor Jade England blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com  
           Bunce Atkinson     on behalf of Plaintiff Maria Bobbi bunceatkinson@aol.com  
           Bunce Atkinson     on behalf of Plaintiff Giancarlo Bobbi bunceatkinson@aol.com  
           Bunce Atkinson     on behalf of Creditor Giancarlo and Maria Bobbi bunceatkinson@aol.com  
           Carollynn H.G. Callari     on behalf of Plaintiff Joseph LoMonaco ccallari@callaripartners.com  
           Carollynn H.G. Callari     on behalf of Plaintiff John Kardel ccallari@callaripartners.com  
           Carollynn H.G. Callari     on behalf of Plaintiff Jeffrey Siegel ccallari@callaripartners.com  
           Carollynn H.G. Callari     on behalf of Plaintiff Peter Lucyk ccallari@callaripartners.com  
           Carollynn H.G. Callari     on behalf of Plaintiff Bernard Chenoweth ccallari@callaripartners.com  
           Carollynn H.G. Callari     on behalf of Plaintiff Elizabeth LoMonaco ccallari@callaripartners.com  
           Carollynn H.G. Callari     on behalf of Plaintiff Belford Engine Company No. 1 ccallari@callaripartners.com  
           Carollynn H.G. Callari     on behalf of Plaintiff John Drucker ccallari@callaripartners.com  
           Carollynn H.G. Callari     on behalf of Plaintiff Donna Chenoweth ccallari@callaripartners.com  
           Carollynn H.G. Callari     on behalf of Plaintiff Katiejo Kardel Phelps ccallari@callaripartners.com  
           Carollynn H.G. Callari     on behalf of Plaintiff Christopher LoMonaco ccallari@callaripartners.com  
           Carollynn H.G. Callari     on behalf of Plaintiff Jane Drucker ccallari@callaripartners.com  
           Carollynn H.G. Callari     on behalf of Creditor Certain Saber Investors ccallari@callaripartners.com  
           Carollynn H.G. Callari     on behalf of Plaintiff Jacob Lawrence ccallari@callaripartners.com  
           Charles G. Wohlrab     on behalf of Creditor HSBC Bank USA, National Association as Trustee for Nomura Asset AcceptanceCorporation, Mortgage Pass-Through Certificates, Series 2006-AF2 cwohlrab@logs.com, njbankruptcynotifications@logs.com  
           Denise E. Carlon     on behalf of Creditor CIT Bank, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Francesca Ann Arcure     on behalf of Creditor Select Portfolio Servicing, Inc., as servicer for HSBC Bank USA, National Association., as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Cer nj_ecf_notices@buckleymadole.com, NJ_ECF_Notices@McCalla.com

```
District/off: 0312-3           User: admin                Page 2 of 2                  Date Rcvd: Dec 07, 2017
                               Form ID: pdf903            Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Frank Thomas Moie Catalina    on behalf of Plaintiff    Vicor Tax Receivables, LP
               fcatalina@lowenstein.com,   moliver@lowenstein.com
              Frank Thomas Moie Catalina    on behalf of Creditor    Vicor Tax Receivables, LP
               fcatalina@lowenstein.com,   moliver@lowenstein.com
              Isabella Trifilio Stempler    on behalf of Creditor    New Jersey Attorney General on behalf of the
               Chief of the New Jersey Bureau of Securities Isabella.Stempler@dol.lps.state.nj.us
              Laura M. Egerman    on behalf of Creditor   HSBC Bank USA, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael A. Artis    on behalf of Plaintiff Andrew R. Vara michael.a.artis@usdoj.gov
              Nicholas V. Rogers    on behalf of Creditor    CENLAR FSB AS SERVICER FOR ALLY BANK
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Ally Bank nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A. rsolarz@kmllawgroup.com
              Thomas   Orr    on behalf of Debtor Vincent P. Falci tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas   Orr    on behalf of Joint Debtor Donna M. Falci tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas J Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,  xerna@aol.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Warren  Brumel    on behalf of Debtor Vincent P. Falci wbrumel@keyportlaw.com,
               brumellawecf@gmail.com;r53076@notify.bestcase.com
              Warren  Brumel    on behalf of Joint Debtor Donna M. Falci wbrumel@keyportlaw.com,
               brumellawecf@gmail.com;r53076@notify.bestcase.com
                                                                                             TOTAL: 42
```