| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Lobby, Suite 202<br>Fairfield, NJ 07004<br>(973) 575-0707<br>Attorneys for Secured Creditor<br><br>Laura M. Egerman (LE-8250) | Order Filed on January 24, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**VINCENT P. FALCI and**<br>**DONNA M. FALCI,**<br><br>  Debtors. | Case No.: 17-12054<br>Chapter 7<br>Hearing Date: 1/22/2018<br>Judge: KAPLAN |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: January 24, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page **2**
Debtors:    Vincent P. Falci and Donna M. Falci
Case No.:    17-12054-MBK
Caption of Order:    **Order Vacating Stay**
_____

Upon the motion of Select Portfolio Servicing, Inc. as servicer for HSBC BANK USA, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN ALTERNATIVE LOAN TRUST 2007-A1 MORTGAGE PASS-THROUGH CERTIFICATES ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

**165 Lohsen Avenue Middletown Township, NJ 07718.**

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Vincent P. Falci
Donna M. Falci
    Debtors

Case No. 17-12054-MBK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jan 24, 2018
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2018.
db/jdb          +Vincent P. Falci,    Donna M. Falci,    212 Taylor Lane,    Middletown, NJ 07748-1864

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2018 at the address(es) listed below:
       Andrea  Dobin    on behalf of Trustee Thomas   Orr adobin@trenklawfirm.com
       Bruce H Levitt    on behalf of Creditor John   McGraner blevitt@levittslafkes.com,
        sslafkes@levittslafkes.com;lspcattorneys@gmail.com
       Bruce H Levitt    on behalf of Plaintiff John   McGraner blevitt@levittslafkes.com,
        sslafkes@levittslafkes.com;lspcattorneys@gmail.com
       Bruce H Levitt    on behalf of Plaintiff Kevin   McGraner blevitt@levittslafkes.com,
        sslafkes@levittslafkes.com;lspcattorneys@gmail.com
       Bruce H Levitt    on behalf of Creditor Kevin   McGraner blevitt@levittslafkes.com,
        sslafkes@levittslafkes.com;lspcattorneys@gmail.com
       Bruce H Levitt    on behalf of Creditor Jade   England blevitt@levittslafkes.com,
        sslafkes@levittslafkes.com;lspcattorneys@gmail.com
       Bunce  Atkinson    on behalf of Plaintiff Maria   Bobbi bunceatkinson@aol.com
       Bunce  Atkinson    on behalf of Plaintiff Giancarlo   Bobbi bunceatkinson@aol.com
       Bunce  Atkinson    on behalf of Creditor Giancarlo and Maria   Bobbi bunceatkinson@aol.com
       Carollynn H.G. Callari    on behalf of Plaintiff Joseph   LoMonaco ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff John  Kardel ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff Jeffrey  Siegel ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff Peter   Lucyk ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff Bernard   Chenoweth ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff Elizabeth   LoMonaco ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff   Belford Engine Company No. 1
        ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff John   Drucker ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff Donna   Chenoweth ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff Katiejo  Kardel Phelps
        ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff Christopher   LoMonaco ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff Jane   Drucker ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Creditor   Certain Saber Investors
        ccallari@callaripartners.com
       Carollynn H.G. Callari    on behalf of Plaintiff Jacob   Lawrence ccallari@callaripartners.com
       Charles G. Wohlrab    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
        Nomura Asset AcceptanceCorporation, Mortgage Pass-Through Certificates, Series 2006-AF2
        cwohlrab@logs.com,    njbankruptcynotifications@logs.com
       Denise E. Carlon    on behalf of Creditor   CIT Bank, N.A. dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       Francesca Ann Arcure    on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for
        HSBC Bank USA, National Association., as Trustee for the Holders of the Deutsche Alt-A
        Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Cer nj_ecf_notices@buckleymadole.com,
        NJ_ECF_Notices@McCalla.com

```
District/off: 0312-3          User: admin             Page 2 of 2              Date Rcvd: Jan 24, 2018
                              Form ID: pdf903         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Frank Thomas Moie Catalina    on behalf of Plaintiff    Vicor Tax Receivables, LP fcatalina@lowenstein.com, moliver@lowenstein.com
         Frank Thomas Moie Catalina    on behalf of Creditor    Vicor Tax Receivables, LP fcatalina@lowenstein.com, moliver@lowenstein.com
         Isabella Trifilio Stempler    on behalf of Creditor    New Jersey Attorney General on behalf of the Chief of the New Jersey Bureau of Securities Isabella.Stempler@dol.lps.state.nj.us
         Laura M. Egerman    on behalf of Creditor    HSBC Bank USA, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
         Michael A. Artis    on behalf of Plaintiff Andrew R. Vara michael.a.artis@usdoj.gov
         Nicholas V. Rogers    on behalf of Creditor    CENLAR FSB AS SERVICER FOR ALLY BANK nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Creditor    Ally Bank nj.bkecf@fedphe.com
         Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A. rsolarz@kmllawgroup.com
         Thomas  Orr    on behalf of Debtor Vincent P. Falci tom@torrlaw.com, Torr@ecf.epiqsystems.com
         Thomas  Orr    on behalf of Joint Debtor Donna M. Falci tom@torrlaw.com, Torr@ecf.epiqsystems.com
         Thomas  Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
         Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
         Thomas J Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, xerna@aol.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         Warren  Brumel    on behalf of Debtor Vincent P. Falci wbrumel@keyportlaw.com, brumellawecf@gmail.com;r53076@notify.bestcase.com
         Warren  Brumel    on behalf of Joint Debtor Donna M. Falci wbrumel@keyportlaw.com, brumellawecf@gmail.com;r53076@notify.bestcase.com

                                                                                                                                                                           TOTAL: 42