| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1 | |
| **LOWENSTEIN SANDLER LLP**<br>Frank T.M. Catalina, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br>fcatalina@lowenstein.com<br>*Counsel to Vicor Tax Receivables, LP* | **Order Filed on October 10, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>FALCI, Vincent P. and Donna M.,<br><br>                Debtors. | Chapter 7<br><br>Case No. 17-12054(MBK) |
| VICOR TAX RECEIVABLES, LP,<br><br>                Plaintiff,<br><br>v.<br><br>VINCENT P. FALCI,<br><br>                Defendant. | Adv. No. 17-1314(MBK) |

### DEFAULT JUDGMENT DENYING DISCHARGE AND DETERMINING THE DEBT TO BE NON-DISCHARGEABLE

The relief set forth on the following page is hereby **ORDERED**:

*(signature)*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**DATED: October 10, 2017**

V1884/124
09/05/2017 45830477.1

Page:       2
Debtor:     Vincent P. Falci and Donna M. Falci
Case No.:   17-12054(MBK)
Adversary Proceeding No.: 17-1314(MBK)
Caption:    Default Judgment Denying Discharge

_____

Default having been entered against Defendant Vincent P. Falci ("Defendant"), and for good cause shown,

**JUDGMENT** by default is hereby entered against Defendant Vincent P. Falci as follows:

1. Discharge of any and all debts of the Defendant to Vicor Tax Receivables, LP ("Plaintiff") is hereby **DENIED** pursuant to 11 U.S.C. §§ 727(a)(2)-(5).

2. It is hereby **ORDERED AND ADJUDGED** that any and all debts of Defendant to Plaintiff are nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2), (4), and (6).

3. The automatic stay instituted by the Defendant's filing of the Bankruptcy Petition is hereby terminated pursuant to 11 U.S.C. 362(c)(2)(C) as to Plaintiff and it shall not apply to any lawful action by Plaintiff to attempt to collect any debts the Defendant owes to Plaintiff.

4. Plaintiff is authorized to take all actions necessary to effectuate the relief granted pursuant to this Judgment.