UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1

**LOWENSTEIN SANDLER LLP**
Frank T.M. Catalina, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)
fcatalina@lowenstein.com
*Counsel to Vicor Tax Receivables, LP*

**Order Filed on October 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

FALCI, Vincent P. and Donna M.,

        Debtors.

VICOR TAX RECEIVABLES, LP,

        Plaintiff,

v.

VINCENT P. FALCI,

        Defendant.

Chapter 7

Case No. 17-12054(MBK)

Adv. No. 17-1314(MBK)

## DEFAULT JUDGMENT DENYING DISCHARGE AND DETERMINING THE DEBT TO BE NON-DISCHARGEABLE

The relief set forth on the following page is hereby **ORDERED**:

**DATED: October 10, 2017**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Page:    2
Debtor:   Vincent P. Falci and Donna M. Falci
Case No.: 17-12054(MBK)
Adversary Proceeding No.: 17-1314(MBK)
Caption:   Default Judgment Denying Discharge

---

Default having been entered against Defendant Vincent P. Falci ("Defendant"), and for good cause shown,

**JUDGMENT** by default is hereby entered against Defendant Vincent P. Falci as follows:

1. Discharge of any and all debts of the Defendant to Vicor Tax Receivables, LP ("Plaintiff") is hereby **DENIED** pursuant to 11 U.S.C. §§ 727(a)(2)-(5).

2. It is hereby **ORDERED AND ADJUDGED** that any and all debts of Defendant to Plaintiff are nondischargeable pursuant to 11 U.S.C. §§ 523(a)(2), (4), and (6).

3. The automatic stay instituted by the Defendant's filing of the Bankruptcy Petition is hereby terminated pursuant to 11 U.S.C. 362(c)(2)(C) as to Plaintiff and it shall not apply to any lawful action by Plaintiff to attempt to collect any debts the Defendant owes to Plaintiff.

4. Plaintiff is authorized to take all actions necessary to effectuate the relief granted pursuant to this Judgment.

United States Bankruptcy Court
District of New Jersey

In re:  
Vincent P. Falci  
Donna M. Falci  
     Debtors

Case No. 17-12054-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　User: admin　　　Page 1 of 2　　　Date Rcvd: Jan 29, 2018  
　　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2018.  
db/jdb　　　+Vincent P. Falci,　Donna M. Falci,　212 Taylor Lane,　Middletown, NJ 07748-1864

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2018 at the address(es) listed below:  
      Andrea  Dobin    on behalf of Trustee Thomas  Orr adobin@trenklawfirm.com  
      Bruce H Levitt    on behalf of Creditor John  McGraner blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com  
      Bruce H Levitt    on behalf of Plaintiff John  McGraner blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com  
      Bruce H Levitt    on behalf of Plaintiff Kevin  McGraner blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com  
      Bruce H Levitt    on behalf of Creditor Kevin  McGraner blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com  
      Bruce H Levitt    on behalf of Creditor Jade  England blevitt@levittslafkes.com, sslafkes@levittslafkes.com;lspcattorneys@gmail.com  
      Bunce  Atkinson    on behalf of Plaintiff Maria  Bobbi bunceatkinson@aol.com  
      Bunce  Atkinson    on behalf of Plaintiff Giancarlo  Bobbi bunceatkinson@aol.com  
      Bunce  Atkinson    on behalf of Creditor Giancarlo and Maria  Bobbi bunceatkinson@aol.com  
      Carollynn H.G. Callari    on behalf of Plaintiff Joseph  LoMonaco ccallari@callaripartners.com  
      Carollynn H.G. Callari    on behalf of Plaintiff John  Kardel ccallari@callaripartners.com  
      Carollynn H.G. Callari    on behalf of Plaintiff Jeffrey  Siegel ccallari@callaripartners.com  
      Carollynn H.G. Callari    on behalf of Plaintiff Peter  Lucyk ccallari@callaripartners.com  
      Carollynn H.G. Callari    on behalf of Plaintiff Bernard  Chenoweth ccallari@callaripartners.com  
      Carollynn H.G. Callari    on behalf of Plaintiff Elizabeth  LoMonaco ccallari@callaripartners.com  
      Carollynn H.G. Callari    on behalf of Plaintiff  Belford Engine Company No. 1 ccallari@callaripartners.com  
      Carollynn H.G. Callari    on behalf of Plaintiff John  Drucker ccallari@callaripartners.com  
      Carollynn H.G. Callari    on behalf of Plaintiff Donna  Chenoweth ccallari@callaripartners.com  
      Carollynn H.G. Callari    on behalf of Plaintiff Katiejo  Kardel Phelps ccallari@callaripartners.com  
      Carollynn H.G. Callari    on behalf of Plaintiff Christopher  LoMonaco ccallari@callaripartners.com  
      Carollynn H.G. Callari    on behalf of Plaintiff Jane  Drucker ccallari@callaripartners.com  
      Carollynn H.G. Callari    on behalf of Creditor  Certain Saber Investors ccallari@callaripartners.com  
      Carollynn H.G. Callari    on behalf of Plaintiff Jacob  Lawrence ccallari@callaripartners.com  
      Charles G. Wohlrab    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for Nomura Asset AcceptanceCorporation, Mortgage Pass-Through Certificates, Series 2006-AF2 cwohlrab@logs.com, njbankruptcynotifications@logs.com  
      Denise E. Carlon    on behalf of Creditor   CIT Bank, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Francesca Ann Arcure    on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for HSBC Bank USA, National Association., as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Cer nj_ecf_notices@buckleymadole.com, NJ_ECF_Notices@McCalla.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 29, 2018
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Frank Thomas Moie Catalina    on behalf of Plaintiff    Vicor Tax Receivables, LP
           fcatalina@lowenstein.com,   moliver@lowenstein.com
          Frank Thomas Moie Catalina    on behalf of Creditor    Vicor Tax Receivables, LP
           fcatalina@lowenstein.com,   moliver@lowenstein.com
          Isabella Trifilio Stempler    on behalf of Creditor    New Jersey Attorney General on behalf of the
           Chief of the New Jersey Bureau of Securities Isabella.Stempler@dol.lps.state.nj.us
          Laura M. Egerman    on behalf of Creditor    HSBC Bank USA, N.A. bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Michael A. Artis    on behalf of Plaintiff Andrew R. Vara michael.a.artis@usdoj.gov
          Nicholas V. Rogers    on behalf of Creditor    CENLAR FSB AS SERVICER FOR ALLY BANK
           nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    Ally Bank nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A. rsolarz@kmllawgroup.com
          Thomas   Orr    on behalf of Debtor Vincent P. Falci tom@torrlaw.com,   Torr@ecf.epiqsystems.com
          Thomas   Orr    on behalf of Joint Debtor Donna M. Falci tom@torrlaw.com,   Torr@ecf.epiqsystems.com
          Thomas   Orr    tom@torrlaw.com,   Torr@ecf.epiqsystems.com
          Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,   Torr@ecf.epiqsystems.com
          Thomas J Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,   xerna@aol.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Warren   Brumel    on behalf of Debtor Vincent P. Falci wbrumel@keyportlaw.com,
           brumellawecf@gmail.com;r53076@notify.bestcase.com
          Warren   Brumel    on behalf of Joint Debtor Donna M. Falci wbrumel@keyportlaw.com,
           brumellawecf@gmail.com;r53076@notify.bestcase.com
                                                                                             TOTAL: 42
```