UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case No.: 17-12054 |
| | : | |
| Vincent P. Falci and Donna M. Falci | : | Adv. No.: _____ |
| | : | |
| | : | Judge: **Michael B. Kaplan** |
| Debtor (s), | : | |
| _____ | : | Chapter: 7 |

# NOTICE OF SCHEDULED HEARING

You are hereby notified of a hearing before the Honorable _____Michael B. Kaplan_____, United States Bankruptcy Judge.

**Reason for Hearing:** Letter requesting to receive information to recover assets.

**Location of Hearing:** Courtroom No. 8
US Bankruptcy Court
402 East State Street
Trenton, NJ 08608

**Date and Time:** September 17, 2018 at 10:00 a.m.,

COURT APPEARANCES:    ✓ ARE REQUIRED    _____ ARE NOT REQUIRED

DATED:    August 1, 2018                    JEANNE A. NAUGHTON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on August 1, 2018 the foregoing notice was served on the following: Debtor's, Debtors' Attorney, Trustee, Trustee's Attorney, Attorney for Creditor and US Trustee.

JEANNE A. NAUGHTON, Clerk