UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                              :     Case No.:     __17-12054____
                                                                    :
Vincent P. Falci and Donna M. Falci                                 :     Adv. No.:     _____
                                                                    :
                                                                    :     Judge:        **Michael B. Kaplan**
                  Debtor (s),                                       :
_____                           :     Chapter:      _____7_____

# NOTICE OF SCHEDULED HEARING

You are hereby notified of a hearing before the Honorable _____Michael B. Kaplan_____, United States Bankruptcy Judge.

| | |
|---|---|
| **Reason for Hearing:** | Letter requesting to receive information to recover assets. |
| **Location of Hearing:** | Courtroom No. __8__<br>US Bankruptcy Court<br>402 East State Street<br>Trenton, NJ 08608 |
| **Date and Time:** | September 17, 2018 at 10:00 a.m. |

**COURT APPEARANCES:**   __✓__ ARE REQUIRED      ____ ARE NOT REQUIRED

DATED:    _August 1, 2018_                    JEANNE A. NAUGHTON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on  August 1, 2018   the foregoing notice was served on the following:

Debtor's, Debtors' Attorney, Trustee, Trustee's Attorney, Attorney for Creditor and US Trustee.

JEANNE A. NAUGHTON, Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-12054-MBK
Vincent P. Falci                                                          Chapter 7
Donna M. Falci
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Aug 01, 2018
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
db/jdb         +Vincent P. Falci,   Donna M. Falci,   212 Taylor Lane,   Middletown, NJ 07748-1864
aty            +Deanna D. Boll,   Callari Partners, LLC,   90 Washington Valley Road, Suite 1239,
                 Bedminster, NJ 07921-2118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2018 at the address(es) listed below:
              Andrea  Dobin    on behalf of Trustee Thomas  Orr adobin@trenklawfirm.com
              Bruce H Levitt    on behalf of Creditor John  McGraner blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com
              Bruce H Levitt    on behalf of Plaintiff John  McGraner blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com
              Bruce H Levitt    on behalf of Plaintiff Kevin  McGraner blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com
              Bruce H Levitt    on behalf of Creditor Kevin  McGraner blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com
              Bruce H Levitt    on behalf of Creditor Jade  England blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com
              Bunce  Atkinson    on behalf of Plaintiff Maria  Bobbi bunceatkinson@aol.com
              Bunce  Atkinson    on behalf of Plaintiff Giancarlo  Bobbi bunceatkinson@aol.com
              Bunce  Atkinson    on behalf of Creditor Giancarlo and Maria  Bobbi bunceatkinson@aol.com
              Carollynn H.G. Callari    on behalf of Plaintiff Joseph  LoMonaco ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff John  Kardel ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Jeffrey  Siegel ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Peter  Lucyk ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Bernard  Chenoweth ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Elizabeth  LoMonaco ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff  Belford Engine Company No. 1
               ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff John  Drucker ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Donna  Chenoweth ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Katiejo  Kardel Phelps
               ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Christopher  LoMonaco ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Jane  Drucker ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Jacob  Lawrence ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Creditor  Certain Saber Investors
               ccallari@callaripartners.com
              Charles G. Wohlrab    on behalf of Creditor  HSBC Bank USA, National Association as Trustee for
               Nomura Asset AcceptanceCorporation, Mortgage Pass-Through Certificates, Series 2006-AF2
               cwohlrab@logs.com,   njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor  CIT Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor  Select Portfolio Servicing, Inc., as servicer for
               HSBC Bank USA, National Association., as Trustee for the Holders of the Deutsche Alt-A
               Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Cer NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com

```
District/off: 0312-3          User: admin               Page 2 of 2               Date Rcvd: Aug 01, 2018
                              Form ID: pdf900           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Frank Thomas Moie Catalina    on behalf of Plaintiff    Vicor Tax Receivables, LP fcatalina@lowenstein.com, moliver@lowenstein.com
        Frank Thomas Moie Catalina    on behalf of Creditor    Vicor Tax Receivables, LP fcatalina@lowenstein.com, moliver@lowenstein.com
        Isabella Trifilio Stempler    on behalf of Creditor    New Jersey Attorney General on behalf of the Chief of the New Jersey Bureau of Securities Isabella.Stempler@dol.lps.state.nj.us
        Laura M. Egerman    on behalf of Creditor    HSBC Bank USA, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
        Michael A. Artis    on behalf of Plaintiff Andrew R. Vara michael.a.artis@usdoj.gov
        Nicholas V. Rogers    on behalf of Creditor    CENLAR FSB AS SERVICER FOR ALLY BANK nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor    Ally Bank nj.bkecf@fedphe.com
        Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A. rsolarz@kmllawgroup.com
        Thomas  Orr    on behalf of Debtor Vincent P. Falci tom@torrlaw.com, Torr@ecf.epiqsystems.com
        Thomas  Orr    on behalf of Joint Debtor Donna M. Falci tom@torrlaw.com, Torr@ecf.epiqsystems.com
        Thomas  Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
        Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
        Thomas J Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, xerna@aol.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Warren  Brumel    on behalf of Debtor Vincent P. Falci wbrumel@keyportlaw.com, brumellawecf@gmail.com
        Warren  Brumel    on behalf of Joint Debtor Donna M. Falci wbrumel@keyportlaw.com, brumellawecf@gmail.com

        TOTAL: 42