UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

**McMANIMON,**
**SCOTLAND & BAUMANN, LLC**

427 Riverview Plaza
Trenton, NJ  08611
609.695.6070

*Proposed Attorneys for Chapter 7 Trustee,*
 *Thomas Orr*

**Order Filed on October 11, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

VINCENT P. FALCI and DONNA M. FALCI,

Debtor.

Case No.:          17-12054

Judge:          Michael B. Kaplan

Chapter:          7          7

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

### ORDER AUTHORIZING RETENTION OF McMANIMON SCOTLAND & BAUMANN, LLC, AS SUBSTITUTE ATTORNEY TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 11, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re:          Vincent P. Falci and Donna M. Falci

Case No.:       17-12054

Applicant:      Thomas Orr

     ☒  Trustee: ☒  Chap. 7    ☐  Chap. 11    ☐  Chap. 12

     ☐  Debtor: ☐  Chap. 7    ☐  Chap. 11    ☐  Chap. 13

     ☐  Official Committee of _____

Professional:  McManimon Scotland & Baumann, LLC

Address:        427 Riverview Plaza
                Trenton, NJ 08611

     ☐  Attorney for:

         ☐  Trustee    ☐  Debtor-in-Possession

         ☐  Official Committee of _____

     ☐  Accountant for:

         ☐  Trustee    ☐  Debtor-in-Possession

         ☐  Official Committee of _____

     ☒  Other Professional:

         ☐  Realtor    ☐  Appraiser    ☐  Special Counsel  ☐  Auctioneer

         ☒  Other (specify): _Substitute Counsel to the Trustee_____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1.      The applicant, Thomas Orr, Chapter 7 Trustee, is authorized to retain the professional, McManimon Scotland & Baumann, LLC, to act as attorney for the Trustee.

2.      The Trustee's retention of Trenk, DiPasquale, Della Fera & Sodono, P.C. is terminated as of September 30, 2018.

3.      Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

4.      The effective date of retention is October 1, 2018.