| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>**McMANIMON,**<br>**SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>*Proposed Attorneys for Chapter 7 Trustee,*<br> *Thomas Orr* | Order Filed on October 11, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>VINCENT P. FALCI and DONNA M. FALCI,<br><br>              Debtor. | Case No.:     17-12054<br><br>Judge:     Michael B. Kaplan<br><br>Chapter:     7 |

| Recommended Local Form: | ☐ Followed | ☒ Modified |

**ORDER AUTHORIZING RETENTION OF McMANIMON SCOTLAND & BAUMANN, LLC, AS SUBSTITUTE ATTORNEY TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 11, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| In re: | Vincent P. Falci and Donna M. Falci |
| Case No.: | 17-12054 |
| Applicant: | Thomas Orr |

☒ Trustee: ☒ Chap. 7 ☐ Chap. 11 ☐ Chap. 12

☐ Debtor: ☐ Chap. 7 ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____

Professional: McManimon Scotland & Baumann, LLC

Address: 427 Riverview Plaza
Trenton, NJ 08611

☐ Attorney for:

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☒ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer

☒ Other (specify): _Substitute Counsel to the Trustee_____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Thomas Orr, Chapter 7 Trustee, is authorized to retain the professional, McManimon Scotland & Baumann, LLC, to act as attorney for the Trustee.

2. The Trustee's retention of Trenk, DiPasquale, Della Fera & Sodono, P.C. is terminated as of September 30, 2018.

3. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

4. The effective date of retention is October 1, 2018.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-12054-MBK
Vincent P. Falci                                                    Chapter 7
Donna M. Falci
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 2          Date Rcvd: Oct 11, 2018
                              Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
db/jdb         +Vincent P. Falci,   Donna M. Falci,   212 Taylor Lane,   Middletown, NJ 07748-1864

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
              Andrea  Dobin    on behalf of Trustee Thomas  Orr adobin@msbnj.com
              Bruce H Levitt    on behalf of Creditor John  McGraner blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com
              Bruce H Levitt    on behalf of Plaintiff John  McGraner blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com
              Bruce H Levitt    on behalf of Plaintiff Kevin  McGraner blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com
              Bruce H Levitt    on behalf of Creditor Kevin  McGraner blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com
              Bruce H Levitt    on behalf of Creditor Jade  England blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com
              Bunce  Atkinson    on behalf of Plaintiff Maria  Bobbi bunceatkinson@aol.com
              Bunce  Atkinson    on behalf of Plaintiff Giancarlo  Bobbi bunceatkinson@aol.com
              Bunce  Atkinson    on behalf of Creditor Giancarlo and Maria  Bobbi bunceatkinson@aol.com
              Carollynn H.G. Callari    on behalf of Plaintiff Joseph  LoMonaco ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff John  Kardel ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Jeffrey  Siegel ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Peter  Lucyk ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Bernard  Chenoweth ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Elizabeth  LoMonaco ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff  Belford Engine Company No. 1
               ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff John  Drucker ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Donna  Chenoweth ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Katiejo  Kardel Phelps
               ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Christopher  LoMonaco ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Jane  Drucker ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Creditor  Certain Saber Investors
               ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Jacob  Lawrence ccallari@callaripartners.com
              Charles G. Wohlrab    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
               Nomura Asset AcceptanceCorporation, Mortgage Pass-Through Certificates, Series 2006-AF2
               cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor   CIT Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for
               HSBC Bank USA, National Association., as Trustee for the Holders of the Deutsche Alt-A
               Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Cer NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Oct 11, 2018
                              Form ID: pdf903            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Frank Thomas Moie Catalina    on behalf of Plaintiff    Vicor Tax Receivables, LP fcatalina@lowenstein.com, moliver@lowenstein.com
        Frank Thomas Moie Catalina    on behalf of Creditor    Vicor Tax Receivables, LP fcatalina@lowenstein.com, moliver@lowenstein.com
        Isabella Trifilio Stempler    on behalf of Creditor    New Jersey Attorney General on behalf of the Chief of the New Jersey Bureau of Securities Isabella.Stempler@dol.lps.state.nj.us
        Laura M. Egerman    on behalf of Creditor    HSBC Bank USA, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
        Michael A. Artis    on behalf of Plaintiff Andrew R. Vara michael.a.artis@usdoj.gov
        Nicholas V. Rogers    on behalf of Creditor    CENLAR FSB AS SERVICER FOR ALLY BANK nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor    Ally Bank nj.bkecf@fedphe.com
        Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A. rsolarz@kmllawgroup.com
        Thomas  Orr    on behalf of Debtor Vincent P. Falci tom@torrlaw.com, Torr@ecf.epiqsystems.com
        Thomas  Orr    on behalf of Joint Debtor Donna M. Falci tom@torrlaw.com, Torr@ecf.epiqsystems.com
        Thomas  Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
        Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
        Thomas J Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, xerna@aol.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Warren  Brumel    on behalf of Debtor Vincent P. Falci wbrumel@keyportlaw.com, brumellawecf@gmail.com
        Warren  Brumel    on behalf of Joint Debtor Donna M. Falci wbrumel@keyportlaw.com, brumellawecf@gmail.com

        TOTAL: 42