UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

McMANIMON SCOTLAND & BAUMANN
427 Riverview Plaza
Trenton, NJ  08608
(609) 695-6070
(609) 695-6071 (fax)
adobin@msbnj.com
Counsel to Thomas J. Orr, Trustee

In Re:

FALCI, Vincent P. and Donna M.,

Case No.: 17-12054

Chapter: 7

Hearing Date: 12-10-18

Judge: Michael B. Kaplan

## ADJOURNMENT REQUEST

1. I, Andrea Dobin,

   ☒ am the attorney for: Thomas J. Orr, Trustee,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Status Conference

   Current hearing date and time: 12/10/2018

   New date requested: 1/14/19

   Reason for adjournment request: The criminal trial involving the Debtor(s) is currently taking place.  Until it is resolved, there is nothing further to report.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: December 6, 2018        /s/ Andrea Dobin
                              Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: January 14, 2019 at 10:00 a.m.          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.8/1/15*