| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004 | |
| MCMANIMON, SCOTLAND & BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>Andrea Dobin (adobin@msbnj.com)<br>Ross Switkes (rswitkes@msbnj.com)<br>*Counsel to Thomas Orr, Chapter 7 Trustee* | **Order Filed on January 14, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>VINCENT P. FALCI and DONNA M. FALCI,<br><br>           Debtors. | Case No. 17-12054 (MBK)<br><br>Honorable Michael B. Kaplan, U.S.B.J.<br><br>Chapter 7 |

**ORDER GRANTING MOTION TO EXTEND STATUTE OF LIMITATIONS UNDER 11 U.S.C. §§ 546, 549**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: January 14, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtors: Vincent P. Falci and Donna M. Falci
Case No.: 17-12054 (MBK)
Caption of Order: Order Granting Motion to Extend Statute of Limitations Under 11 U.S.C. §§ 546, 549

**THIS MATTER,** having come before the Court upon the filing of a motion (the "Motion") to extend the statute of limitations under 11 U.S.C. §§ 546, 549 by Thomas Orr, Chapter 7 Trustee (the "Trustee") for Vincent P. Falci and Donna M. Falci; and the Court having considered the papers filed in support of the Motion and the opposition thereto, if any; and the Court having heard oral argument, if any; and for good and sufficient cause shown;

**IT IS HEREBY ORDERED** that the Motion is granted; and it is further

**ORDERED** that the statute of limitations under 11 U.S.C. §§ 546(a), 549(d) be and hereby are extended to through and including May 31, 2019. The relief granted herein is without prejudice to the Trustee's ability to seek further extensions of the statute of limitations under 11 U.S.C. §§ 546(a), 549(d) to the extent necessary.

4842-2834-1636, v. 1