UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004

MCMANIMON, SCOTLAND & BAUMANN, LLC
427 Riverview Plaza
Trenton, NJ 08611
(609) 695-6070
Andrea Dobin (adobin@msbnj.com)
Ross Switkes (rswitkes@msbnj.com)
*Counsel to Thomas Orr, Chapter 7 Trustee*

**Order Filed on January 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

VINCENT P. FALCI and DONNA M. FALCI,

Debtors.

Case No. 17-12054 (MBK)

Honorable Michael B. Kaplan, U.S.B.J.

Chapter 7

**ORDER GRANTING MOTION TO EXTEND STATUTE OF LIMITATIONS UNDER 11 U.S.C. §§ 546, 549**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: January 14, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtors:         Vincent P. Falci and Donna M. Falci
Case No.:        17-12054 (MBK)
Caption of Order: Order Granting Motion to Extend Statute of Limitations Under 11 U.S.C. §§ 546, 549

**THIS MATTER,** having come before the Court upon the filing of a motion (the "Motion") to extend the statute of limitations under 11 U.S.C. §§ 546, 549 by Thomas Orr, Chapter 7 Trustee (the "Trustee") for Vincent P. Falci and Donna M. Falci; and the Court having considered the papers filed in support of the Motion and the opposition thereto, if any; and the Court having heard oral argument, if any; and for good and sufficient cause shown;

**IT IS HEREBY ORDERED** that the Motion is granted; and it is further

**ORDERED** that the statute of limitations under 11 U.S.C. §§ 546(a), 549(d) be and hereby are extended to through and including May 31, 2019.    The relief granted herein is without prejudice to the Trustee's ability to seek further extensions of the statute of limitations under 11 U.S.C. §§ 546(a), 549(d) to the extent necessary.

4842-2834-1636, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Vincent P. Falci  
Donna M. Falci  
      Debtors

Case No. 17-12054-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Jan 14, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2019.  
db/jdb      +Vincent P. Falci,   Donna M. Falci,   212 Taylor Lane,   Middletown, NJ 07748-1864

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2019 at the address(es) listed below:

          Andrea Dobin   on behalf of Trustee Thomas Orr adobin@msbnj.com  
          Bruce H Levitt   on behalf of Creditor John McGraner blevitt@levittslafkes.com,  
           sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com  
          Bruce H Levitt   on behalf of Plaintiff John McGraner blevitt@levittslafkes.com,  
           sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com  
          Bruce H Levitt   on behalf of Plaintiff Kevin McGraner blevitt@levittslafkes.com,  
           sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com  
          Bruce H Levitt   on behalf of Creditor Kevin McGraner blevitt@levittslafkes.com,  
           sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com  
          Bruce H Levitt   on behalf of Creditor Jade England blevitt@levittslafkes.com,  
           sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com  
          Bunce Atkinson   on behalf of Plaintiff Maria Bobbi bunceatkinson@aol.com  
          Bunce Atkinson   on behalf of Plaintiff Giancarlo Bobbi bunceatkinson@aol.com  
          Bunce Atkinson   on behalf of Creditor Giancarlo and Maria Bobbi bunceatkinson@aol.com  
          Carollynn H.G. Callari   on behalf of Plaintiff Joseph LoMonaco ccallari@callaripartners.com  
          Carollynn H.G. Callari   on behalf of Plaintiff John Kardel ccallari@callaripartners.com  
          Carollynn H.G. Callari   on behalf of Plaintiff Jeffrey Siegel ccallari@callaripartners.com  
          Carollynn H.G. Callari   on behalf of Plaintiff Peter Lucyk ccallari@callaripartners.com  
          Carollynn H.G. Callari   on behalf of Plaintiff Bernard Chenoweth ccallari@callaripartners.com  
          Carollynn H.G. Callari   on behalf of Plaintiff Elizabeth LoMonaco ccallari@callaripartners.com  
          Carollynn H.G. Callari   on behalf of Plaintiff Belford Engine Company No. 1 ccallari@callaripartners.com  
          Carollynn H.G. Callari   on behalf of Plaintiff John Drucker ccallari@callaripartners.com  
          Carollynn H.G. Callari   on behalf of Plaintiff Donna Chenoweth ccallari@callaripartners.com  
          Carollynn H.G. Callari   on behalf of Plaintiff Katiejo Kardel Phelps ccallari@callaripartners.com  
          Carollynn H.G. Callari   on behalf of Plaintiff Christopher LoMonaco ccallari@callaripartners.com  
          Carollynn H.G. Callari   on behalf of Creditor Certain Saber Investors ccallari@callaripartners.com  
          Carollynn H.G. Callari   on behalf of Plaintiff Jane Drucker ccallari@callaripartners.com  
          Carollynn H.G. Callari   on behalf of Plaintiff Jacob Lawrence ccallari@callaripartners.com  
          Charles G. Wohlrab   on behalf of Creditor HSBC Bank USA, National Association as Trustee for Nomura Asset AcceptanceCorporation, Mortgage Pass-Through Certificates, Series 2006-AF2 cwohlrab@logs.com, njbankruptcynotifications@logs.com  
          Denise E. Carlon   on behalf of Creditor CIT Bank, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Jan 14, 2019
                               Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Francesca Ann Arcure    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for HSBC Bank USA, National Association., as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Cer NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

        Frank Thomas Moie Catalina    on behalf of Plaintiff    Vicor Tax Receivables, LP fcatalina@lowenstein.com, moliver@lowenstein.com

        Frank Thomas Moie Catalina    on behalf of Creditor    Vicor Tax Receivables, LP fcatalina@lowenstein.com, moliver@lowenstein.com

        Isabella Trifilio Stempler    on behalf of Creditor    New Jersey Attorney General on behalf of the Chief of the New Jersey Bureau of Securities Isabella.Stempler@dol.lps.state.nj.us

        Laura M. Egerman    on behalf of Creditor    HSBC Bank USA, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

        Michael A. Artis    on behalf of Plaintiff Andrew R. Vara michael.a.artis@usdoj.gov

        Nicholas V. Rogers    on behalf of Creditor    CENLAR FSB AS SERVICER FOR ALLY BANK nj.bkecf@fedphe.com

        Nicholas V. Rogers    on behalf of Creditor    Ally Bank nj.bkecf@fedphe.com

        Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A. rsolarz@kmllawgroup.com

        Ross J. Switkes    on behalf of Trustee Thomas    Orr rswitkes@msbnj.com

        Thomas    Orr    on behalf of Debtor Vincent P. Falci tom@torrlaw.com, Torr@ecf.epiqsystems.com

        Thomas    Orr    on behalf of Joint Debtor Donna M. Falci tom@torrlaw.com, Torr@ecf.epiqsystems.com

        Thomas    Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com

        Thomas    Orr    on behalf of Trustee Thomas    Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com

        Thomas J Orr    on behalf of Trustee Thomas    Orr tom@torrlaw.com, xerna@aol.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        Warren    Brumel    on behalf of Debtor Vincent P. Falci wbrumel@keyportlaw.com, brumellawecf@gmail.com

        Warren    Brumel    on behalf of Joint Debtor Donna M. Falci wbrumel@keyportlaw.com, brumellawecf@gmail.com

        TOTAL: 43