Form cscnodsc − ntccsclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

            Case No.:  17−12054−MBK
            Chapter:  7
            Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Vincent P. Falci | Donna M. Falci |
| 212 Taylor Lane | 212 Taylor Lane |
| Middletown, NJ 07748 | Middletown, NJ 07748 |

Social Security No.:
  xxx−xx−7110                                         xxx−xx−7789

Employer's Tax I.D. No.:

### NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☑ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☑ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: June 25, 2019
JAN: gan

                                         Jeanne Naughton
                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-12054-MBK
Vincent P. Falci                                                          Chapter 7
Donna M. Falci
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin                   Page 1 of 3                 Date Rcvd: Jun 25, 2019
                               Form ID: cscnodsc             Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2019.
```
db/jdb         +Vincent P. Falci,    Donna M. Falci,    212 Taylor Lane,    Middletown, NJ 07748-1864
aty            +Deanna D. Boll,    Callari Partners, LLC,    90 Washington Valley Road, Suite 1239,
                 Bedminster, NJ 07921-2118
cr             +Ally Bank,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +CENLAR FSB AS SERVICER FOR ALLY BANK,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                 Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Giancarlo and Maria Bobbi,    c/o Bunce D. Atkinson, Esq.,    P.O. Box 8415,
                 Red Bank, NJ 07701-8415
cr             +HSBC Bank USA, N.A.,    Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave. Suite 100,
                 Boca Raton, FL 33487-2853
cr             +Select Portfolio Servicing, Inc., as servicer for,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516645736       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516625185       Attorney General Christopher S. Porrino,    Dept of Law & Public Safety,    PO Box 080,
                 Trenton, NJ 08625-0080
516625186       Attorney General State of NJ,    Div of Law,    Hughes Justice Complex,    PO Box 112,
                 Trenton, NJ 08625-0112
516625187       Barclays Bank Delaware,    Att: Northstar Location Services,    4285 Genesee Street,
                 Cheektowaga, NY 14225-1943
516961141      +Belford Fire Engine Co. No. 1,    Attn: Bernard Chenoweth,    P.O. Box 87,
                 Belford, NJ 07718-0087
516961139      +Bernard Chenoweth,    157 12th Street,    Belford, NJ 07718-1412
516625194       CIT Bank,   PO Box 4045,    Kalamazoo, MI 49003-4045
516869242      +CIT Bank, N.A.,    P.O. Box 9013,   Addison, Texas 75001-9013
516625190      +Cenlar,   PO Box 77404,    Trenton, NJ 08628-6404
516625189      +Cenlar,   PO Box 211091,    Saint Paul, MN 55121-2491
516625191      +Chase Freedom,    PO Box 15298,   Wilmington, DE 19850-5298
516625192       Chase Sapphire,    PO Box 15298,   Wilmington, DE 19850-5298
516625193       Chase Slate,    PO Box 15298,   Wilmington, DE 19850-5298
516961132      +Christopher LoMonaco,    83 Woodland Drive,    Middletown, NJ 07748-3418
516625195       Citibank NA,    PO Box 769004,   San Antonio, TX 78245-9004
516961140      +Donna Chenoweth,    157 12th Street,    Belford, NJ 07718-1412
516961131      +Elizabeth LoMonaco,    83 Woodland Drive,    Middletown, NJ 07748-3418
516845513      +Giancarlo and Maria Bobbi,    c/o Atkinson & DeBartolo, P.C.,    P. O. Box 8415,
                 Red Bank, NJ 07701-8415
516845515      +Giancarlo and Maria Bobbi,    c/o Atkinson & DeBartolo, P.C.,    P. O. Box 8415,
                 Red Bank, New Jersey 07701-8415
516961134      +Jane Drucker,    83 West Wilson Circle,    Red Bank, NJ 07701-5862
516961136      +Jeffrey Siegel,    5 Gillridge Parkway,    Middletown, NJ 07748-2710
516961133      +John Drucker,    83 West Wilson Circle,    Red Bank, NJ 07701-5862
516961137      +John Kardel,    3072 Batally Court,    The Villages, FL 32162-7505
516961130      +Joseph LoMonaco,    83 Woodland Drive,    Middletown, NJ 07748-3418
516961138      +Katiejo Kardel Phelps,    727 Route 434,    Shohola, PA 18458-3710
516625198      +Leisure Village Assoc,    19 Buckingham Dr,    Lakewood, NJ 08701-6297
516625199       Lowenstein Sandler LLP,    65 Livingston Ave,    Roseland, NJ 07068-1725
516625200      +NJ Bureau of Securities,    153 Halsey Street,    6th Floor,    Newark, NJ 07102-2828
516625201      +NJ Division of Law,    PO Box 45029,    Newark, NJ 07101-8029
516954309      +New Jersey Bureau of Securities,    Division of Law,    124 Halsey Street, 5th Floor,
                 Newark, NJ 07102-3017
516625202       Ocwen Loan Servicing,    Att: Nationwide Credit, Inc.,    PO Box 26314,
                 Lehigh Valley, PA 18002-6314
516961135      +Peter Lucyk,    50 Adele Court,    Red Bank, NJ 07701-5244
516625204      +Phelan Hallinan & Diamond,    400 Fellowship Rd,    Suite 100,    Mount Laurel, NJ 08054-3437
516625205       Riverview Hospital,    Meridian Health,    PO Box 417140,    Boston, MA 02241-7140
516625206       Santander Bank,    Mail Code 10-421-CN2,    PO Box 12646,    Reading, PA 19612-2646
516625208      +Specialized Loan Servicing LLC,    8742 Lucent Blvd,    Ste 300,    Littleton, CO 80129-2386
516961142      +Steven Beck,    8 Spruce Drive,    Middletown, NJ 07748-3429
516961306      +Vicor Tax Receivables LP,    115 Route 46 West,    Building F,    Mountain Lakes, NJ 07046-1673
516625209      +Vicor Tax Receivables LP,    1715 Hwy 35,    Middletown, NJ 07748-1867
516625210       Wells Fargo,    PO Box 10347,    Des Moines, IA 50306-0347
516923330       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
516625211      +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 26 2019 00:08:17      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 26 2019 00:08:14      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516625184      +E-mail/Text: ally@ebn.phinsolutions.com Jun 26 2019 00:07:19      Ally Bank,
                 6985 S Union Park Center,    Midvale, UT 84047-4177
```

```
District/off: 0312-3          User: admin                Page 2 of 3                  Date Rcvd: Jun 25, 2019
                              Form ID: cscnodsc          Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516625188       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 26 2019 00:05:35      Capital One,
                 Bankruptcy Department,    PO Box 30285,    Salt Lake City, UT 84130-0285
516838079       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 26 2019 00:05:36
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
516625196       E-mail/Text: mrdiscen@discover.com Jun 26 2019 00:07:21      Discover,   PO Box 30943,
                 Salt Lake City, UT 84130
516625197       E-mail/Text: mrdiscen@discover.com Jun 26 2019 00:07:21      Discover,   PO Box 30421,
                 Salt Lake City, UT 84130-0421
516808190       E-mail/Text: mrdiscen@discover.com Jun 26 2019 00:07:21      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
516625203      +E-mail/Text: EBN_Notifications@OWB.com Jun 26 2019 00:08:08      OneWest,
                 2900 Esperanza Crosssing,    Austin, TX 78758-3658
516625207       E-mail/Text: jennifer.chacon@spservicing.com Jun 26 2019 00:09:18
                 Select Portfolio Servicing Inc,    PO Box 65250,   Salt Lake City, UT 84165-0250
516677635      +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2019 00:04:07      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516899487      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 26 2019 00:17:52      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Vicor Tax Receivables, LP,    115 Route 46 West,   Building F,   Mountain Lakes, NJ 07046-1673
516923340*      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2019 at the address(es) listed below:

```
              Andrea   Dobin    on behalf of Trustee Thomas   Orr adobin@msbnj.com
              Bruce H Levitt    on behalf of Creditor Kevin  McGraner blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Bruce H Levitt    on behalf of Creditor Jade  England blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Bruce H Levitt    on behalf of Creditor John  McGraner blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Bruce H Levitt    on behalf of Plaintiff John  McGraner blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Bruce H Levitt    on behalf of Plaintiff Kevin  McGraner blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Bunce  Atkinson    on behalf of Plaintiff Giancarlo  Bobbi bunceatkinson@aol.com
              Bunce  Atkinson    on behalf of Creditor Giancarlo and Maria  Bobbi bunceatkinson@aol.com
              Bunce  Atkinson    on behalf of Plaintiff Maria  Bobbi bunceatkinson@aol.com
              Carollynn H.G. Callari    on behalf of Plaintiff Christopher  LoMonaco ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Jane  Drucker ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Jacob  Lawrence ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Creditor   Certain Saber Investors
               ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Joseph  LoMonaco ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff John  Kardel ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Jeffrey  Siegel ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Peter  Lucyk ccallari@callaripartners.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3                  Date Rcvd: Jun 25, 2019
                              Form ID: cscnodsc        Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Carollynn H.G. Callari    on behalf of Plaintiff Bernard  Chenoweth ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Elizabeth  LoMonaco ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff    Belford Engine Company No. 1
               ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff John  Drucker ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Donna  Chenoweth ccallari@callaripartners.com
              Carollynn H.G. Callari    on behalf of Plaintiff Katiejo  Kardel Phelps
               ccallari@callaripartners.com
              Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Nomura Asset AcceptanceCorporation, Mortgage Pass-Through Certificates, Series 2006-AF2
               cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for
               HSBC Bank USA, National Association., as Trustee for the Holders of the Deutsche Alt-A
               Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Cer NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Frank Thomas Moie Catalina    on behalf of Plaintiff    Vicor Tax Receivables, LP
               fcatalina@lowenstein.com, moliver@lowenstein.com
              Frank Thomas Moie Catalina    on behalf of Creditor    Vicor Tax Receivables, LP
               fcatalina@lowenstein.com, moliver@lowenstein.com
              Isabella Trifilio Stempler    on behalf of Creditor    New Jersey Attorney General on behalf of the
               Chief of the New Jersey Bureau of Securities Isabella.Stempler@dol.lps.state.nj.us
              Laura M. Egerman    on behalf of Creditor    HSBC Bank USA, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Michael A. Artis    on behalf of Plaintiff Andrew R. Vara michael.a.artis@usdoj.gov
              Nicholas V. Rogers    on behalf of Creditor    Ally Bank nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    CENLAR FSB AS SERVICER FOR ALLY BANK
               nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A. rsolarz@kmllawgroup.com
              Ross J. Switkes    on behalf of Trustee Thomas  Orr rswitkes@msbnj.com
              Thomas   Orr    on behalf of Debtor Vincent P. Falci tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas   Orr    on behalf of Joint Debtor Donna M. Falci tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas J Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,
               xerna@aol.com;orrtr87054@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren  Brumel    on behalf of Joint Debtor Donna M. Falci wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
              Warren  Brumel    on behalf of Debtor Vincent P. Falci wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
                                                                                             TOTAL: 43
```